UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO 2, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:10cv2337 TCM ) |
| RCS CUSTOM PAINTING, LLC, | ) ) |
| Defendant. | ) |

## ORDER

The bankruptcy case of Defendant having concluded, the parties are hereby directed to show cause within **ten days of the date of this Order** why this case should not be dismissed with prejudice. **Counsel are advised that failure to respond to this Order shall result in the dismissal with prejudice of this case without further notice**.

SO ORDERED.

                                               /s/ Thomas C. Mummert, III
                                               THOMAS C. MUMMERT, III
                                               UNITED STATES MAGISTRATE JUDGE

Dated this  26th  day of February, 2013.